# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Charles Salerno

                       Plaintiff,

v.                                                     Case No.: 1:11–cv–05113
                                                         Honorable Elaine E. Bucklo

County of Cook, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 30, 2012:

    MINUTE entry before Honorable Sidney I. Schenkier: The district judge has dismissed the case [25]. Accordingly, the status hearing with the magistrate judge set for 5/30/12 is stricken, and the referral is terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.